Thompson v. Allen.

THOMPSON *et al.*, *Appellants*, v. ALLEN *et al.*

DIVISION TWO.

:Practice in Supreme Court : DISMISSAL OF APPEAL. An appeal will be dismissed in the supreme court where the appellant fails to file an abstract of the record and statement of the case as required by the rules of the court.

*Appeal from Jasper Circuit Court.*—HON. M. G. McGREGOR, Judge.

APPEAL DISMISSED.

*William Thompson* for appellants.

*Phelps, Harding & Buller* for respondents.

THOMAS, J.—The appellants have failed to file an abstract of the record and a statement of the case as required by the rules of this court, and, therefore, following the cases of *Long v. Long*, 96 Mo. 180; *Jayne v. Wine*, 98 Mo. 404; *Craig v. Scudder*, 98 Mo. 664; and *Snyder v. Free*, 102 Mo. 325, the appeal is dismissed.   All concur.